IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AARON B. LOGGINS, JR.,

        Plaintiff,

v.                                              CIV 11-0195 KBM/DJS

CITY OF ALBUQUERQUE, et al.,

        Defendants.

## ORDER DENYING DOCUMENT NO. 68 AS MOOT

THIS MATTER is before the Court on Plaintiff's Motion to Exceed Page Limit *(Doc. 68)*, filed October 5, 2011, which pertains to Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss for Summary Judgment *(Doc. 64)*, filed September 14, 2011. Having previously stricken Plaintiff's Brief in Opposition for violation of D.N.M. LR 7.4(a) and (b), I find the motion is moot and will be denied. No response from Defendants is necessary.

Wherefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Exceed Page Limit *(Doc. 68)* is **denied as moot**.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE