IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


AARON B. LOGGINS, JR.,,

      Plaintiff,

v.                                                            CIV 11-0195 KBM/DJS

CITY OF ALBUQUERQUE, et al.,

      Defendants.


## ORDER

THIS MATTER is before the Court on Plaintiff's Motion Requesting Permission of the Court to Grant Him Free E-Filing Access *(Doc. 59)*.  To the extent that Plaintiff merely seeks the Court's permission to e-file, I find the motion is well-taken and will be granted.  However, to the extent that Plaintiff seeks to avoid paying court fees associated with electronic filing, the motion is not well taken and will be denied.

Plaintiff is proceeding *pro se* in this matter but not *in forma pauperis*.  There is no evidence before me to indicate that Plaintiff is unable to pay any fees associated with electronically filing through the CM/ECF system.  Moreover, upon review of the CM/ECF Administrative Procedures Manual, I find no provision for free use of and/or access to the CM/ECF system.  As a participant in CM/ECF,

Plaintiff receives "one free look" at any document filed in this case without a fee. Documents viewed in this manner can not only be viewed put saved and printed without a fee. *See CM/ECF Admin. Procedures Manual* at Section 4, p. 4. Additionally, Plaintiff may also obtain online access any time for a fee via PACER. *See id.* Plaintiff's motion for *free* e-filing access is therefore denied as moot.

To the limited extent that Plaintiff's motion simply seeks the Court's permission to electronically file as required in Section 3(b)(3) of the CM/ECF Procedures Manual, I will grant the motion. *See id.* at 2.

Wherefore,

**IT IS HEREBY ORDERED** that upon full compliance with the dictates of our CM/ECF Administrative Procedures, Plaintiff may file electronically in this case via the CM/ECF system. Plaintiff's Motion Requesting Permission of the Court to Grant Him Free E-Filing Access *(Doc. 59)* is otherwise **DENIED**.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE